# Exhibit A



**UNIVERSITY OF WISCONSIN SYSTEM**

**Office of General Counsel**

1852 Van Hise Hall
1220 Linden Drive
Madison, WI  53706
(608) 262-2995
(608) 263-3487 Fax
email: counsel@uwsa.edu
website: https://www.wisconsin.edu/general-counsel/

Tomas L. Stafford
Anne E. Bilder
Wade Harrison
Erin E. Kastberg
Jennifer Sloan Lattis
Matthew J. Lind

October 6, 2016

Marian Drew
U.S. Equal Employment Opportunity Commission
Milwaukee Area Office
310 West Wisconsin Avenue
Suite 500
Milwaukee, WI  53203

Re:   *Butzlaff Voss v. UW Colleges (Waukesha)*
      EEOC Charge No. 443-2016-00739

Dear Ms. Drew:

Please consider this letter and attachments the University of Wisconsin College's ("University") response to the above-referenced Charge.  Provided below is a brief statement and responses to the specific questions asked by you in your request for information.  For the record, the University denies that it discriminated against Charging Party or any others on the basis of age in violation of the Age Discrimination in Employment Act of 1967, as alleged in the Charge.

As a threshold issue, in *Kimel v. Florida Board of Regents,* 120 S. Ct. 631 (2006), the United States Supreme Court held that the ADEA did not validly abrogate states' Eleventh Amendment immunity from suit by private individuals.  Thus, Charging Party has no private right of action against the University in connection with the claim in her Charge, and it should therefore be dismissed.  Moreover, Charging Party has not even stated a claim of age discrimination on its face.  She has not demonstrated that younger individuals were selected for the positions for which she was rejected, or that she and other older workers, "as a class," were laid off in favor of younger workers.  This failure also should result in dismissal of the charge.  In any event, as shown by the information provided below, the University did not discriminate on the basis of age against Charging Party or others in connection with its failure to hire Charging Party for any of the positions identified in the Charge, nor in connection with her layoff or the layoffs of others.  That too, is a reason for dismissal.

1

Charging Party provides no evidence to demonstrate that the University failed to hire her for the identified positions due to her age. To the contrary, in three of the positions, the successful candidates were older than 40 at the time of hire: For the CASE position, Mary Jo Crisci (DOB: ███████████ age: 47 years, 5 months) was selected; and for the Information Coordinator positions, Brenda Dugan (DOB: ███████████ age: 60 years, 10 months) and Marilyn Lilley (DOB: ███████ age: 64 years) were selected. As noted, the latter two hires are even significantly older than Charging Party. The evidence also importantly shows that Charging Party failed to advance in the search processes for the positions because the search and screen committees concluded that she was not the most qualified candidate.

Nor has Charging Party come forward with any evidence to show that "older workers, as a class, were discriminated against on the basis of age, when they were laid off." In July 2015, Chancellor Cathy Sandeen sent a letter to the UW Colleges community indicating that due to the substantial budget cut, the Colleges would be moving towards a model of regionalization for many of its services. Unfortunately, doing so, would result in the need to eliminate some positions and to lay off individuals in others. **Attachment 1.** Thus, between January 1, 2016, and September 20, 2016, approximately 62 employees were fully or partially laid off. The average age of those individuals laid off, however, was the same as the average age of employees prior to the layoff. **Attachment 2.** This was because age was not a consideration; rather, the layoffs were the result of a careful review of many factors including those positions that could be regionalized or were redundant. *See,* **Attachment 1.** In Charging Party's particular job title, while like Charging Party, one other individual who was laid off was over 40 years old at the time, another individual—Heidi Dalberg—was 37 years old at the time she was laid off. **Attachment 3.** Together, this evidence is strongly suggestive that the University's layoff decisions were not based on age.

1. *Submit a written position statement responding to each of the allegations in the charge, along with documentary evidence and/or written statements which support your position. Include the following information:*

   • *the correct name and address of the facility where the named charging party works*

   • *the number of full and part-time employees employed by you at present at all locations, and the total number of employees at the location where charging party worked during the relevant time period[1] ; and the number of employees employed at that location where charging party worked at present.*

   • *describe the principal product or service your organization provides.*

The University of Wisconsin Colleges is the freshman-sophomore liberal arts transfer institution of the world-renowned University of Wisconsin System. The UW Colleges comprises thirteen two-year campuses around the state, plus UWC Online, each of which offers an excellent liberal arts and pre-professional education for students beginning work toward a bachelor's degree. The UW Colleges also offers its own Bachelor of Applied Arts and Sciences at six of its campuses and provides opportunities for its students to earn bachelor's degrees through a variety of UW collaborative degree programs.

---

[1] For most items, the relevant time period is from January 1, 2015 to the present time.

Ms. Bambi Butzlaff-Voss (a/k/a Charging Party) was a University Services Program Associate located at the UW-Waukesha campus, 1500 University Avenue, Waukesha, Wisconsin 53188, with direct expectations to support the implementations and initiatives of Central Marketing, the centrally administered Marketing and Communication Department for UW Colleges. The marketing and communications function at each UW Colleges campus is led and managed by the Director of Marketing and Communications (DMC), with minimal support staff, freelance support, and/or agency outsourcing. The DMCs collaborate with Central Marketing, the local Student Affairs office, and the campus-based leadership team to create annual marketing plans in support of awareness building, student enrollment, and event promotion. Other than the Director for Marketing and Communication's positions, all marketing and communication support employees at the campuses had a combination of duties that may have overlapped to student services or IT support. The only Marketing support positions at UW Waukesha were the DMC (Mr. Shaun Manning, DOB:    , age: 48, who had already resigned effective 05/29/2015) and Ms. Butzlaff-Voss, the assigned direct report to the DMC. There were no other positions at UW-Waukesha with direct responsibility for Marketing and Communications.

At the relevant time period in question, there were 13 determined campus Marketing and Communications support positions, of which 6 positions were vacant (and not subject to be replaced), due to previous resignations. **Attachment 4.** From the period of January 1, 2015 to present, the layoff for these positions (and identified by name, date of hire, date of birth, date of layoff and reason for layoff) are shown in **Attachment 3**.

The current number of full and part-time employees in UW Colleges is 1052. The number of full and part-time employees at UW-Waukesha during the relevant time period was 158 and the current number of employee employed at UW-Waukesha is 128.

2.  *Submit copies of all written rules relating to employee duties and conduct, including any employee handbooks or labor contracts.*

All employees of the University are expected to abide by the University Personnel System (UPS) Operational Policies .

3.  *Submit a complete copy of the charging party's personnel file including but not limited to, all evaluations, disciplinary notices, investigative reports, and personnel actions.*

Please see **Attachment 5.**

4.  *Identify the other employees who worked with the charging party during the relevant period. Include:*

    a. *name, date of hire, age and date of birth, and position title, supervisor,*

    b. *last known home address and home telephone number for all non- supervisory employees.*

3

EEOC000085

As noted above, Charging Party and Shaun Manning were the only individuals who worked in the area of Marketing and Communications at UW-Waukesha.

Charging Party reported directly to the Director, Shaun Manning. Mr. Manning resigned, effective May 29, 2015. Following Mr. Manning's resignation, Charging Party continued to provide marketing and communications support with direction from Central Marketing.

5. *Supply a complete list of all employees who were laid off in charging party's department from January 1, 2015 to the present. Identify each employee by name, date of hire, age and date of birth, date of and reason for the lay off.*

Charging Party was the only employee who was laid off in her immediate department. *See* **Attachments 1 & 2** for others in that area within the University.

6. *Supply a complete response to the allegations contained in paragraph 1 of the Charge. Namely, Charging Party alleged that she was denied hire for the following positions:* **a CASE job in the library, RECRUITER, STUDENT ADVISOR, DIGITAL STRATEGIES MANAGER, MARKETING AND COMMUNICATIONS SPECIALIST, MARKETING-PROJECT COORDINATOR MARKETING SPECIALIST, INFORMATION COORDINATOR POSITION** (TWO SEPARATE POSITIONS), **PROJECT COORDINATOR POSITION**. *Identify the following:*

   - *Did Charging party apply? If so, when?*
   - *Supply a copy of her application;*
   - *Was she considered, why or why not?*
   - *Who was selected for the position? Identify by name and age and dob.*
   - *Supply a copy of the selected candidate application materials;*
   - *If interviewed, supply a copy of charging party complete interview notes and that of the selected candidate(s).*
   - *Explain all the reasons why Charging Party was not selected for this position (or why the selected candidate was chosen over the charging party). Supply any and all supporting documentation.*

Following, please find the response for each of the positions:

## A. CASE Position

a. Ms. Butzlaff-Voss sent her application 11/10/2015.
b. See attachment A1(a): email, A1(b): cover letter, A1(c): resume, A1(d): references.
c. Ms. Butzlaff-Voss was considered.
d. Ms. Mary Jo Crisci (DOB: ▮▮▮▮▮ age: 47 years, 5 months) was selected.
e. See attachment A2(a): cover letter, A2(b): resume

4

f.  Ms. Butzlaff was interviewed; however the Search & Screen Committee felt that the selected candidate had more relevant and direct experience with students and customer service.

g.  Search and Screen stated that Ms. Crisci, "is already experienced in most of the software relevant to this position. Has very strong customer service skills with experience working in a learning center environment. Manages multiple tasks and provides customer service to numbers of student at one time. Currently manages a front desk operations and has demonstrated skills in working in a learning center environment with diverse challenges on a daily basis. Also is comfortable trouble-shooting production equipment issues and working with students and staff on technology related matters. Has a very calm manner and handles challenging conflict situations by using calm demeanor and reflective listening strategies to diffuse difficult situations. Is proactive in learning new technology tools and would be eager to learn more about library software and technology aids. Has extensive experience related to tutoring services." Please see **Attachment 6**.

## B. Recruiter Position

a.  Ms. Butzlaff-Voss applied 4/18/2015.

b.  See attachment B1(a): cover letter, B1(b): resume, B1(c): references.

c.  Ms. Butzlaff-Voss was not considered. Search and Screen reviewed 45 applications and determined that the selected 5 finalist candidates had more relevant and direct experience than Ms. Butzlaff-Voss.

d.  Ms. Rachel Stern (DOB:          age: 26 years, 9 months) was selected.

e.  See attachment B2(a): cover letter, B2(b): resume, B2(c): references.

f.  Ms. Butzlaff was not interviewed.

g.  Search and Screen stated that Ms. Stern, "has 3+ years' experience in recruitment-focused roles in higher education, including UW-Waukesha, Marquette University, and most recently, Drexel University. She has worked as an admissions recruiter with students, parents, and counselors throughout the recruiting process. Rachel has implemented a regional recruitment plan and is aware of the extensive travel and relationship building that must happen in order to achieve results. She has extensive experience utilizing a CRM as a primary recruitment database, as well as PeopleSoft. She has a network in the Waukesha and Milwaukee region, due to growing up there and working for Marquette University and UW-Waukesha. Given that this recruitment role will have the southeastern portion of Wisconsin, this is a tremendous asset. Her philosophy of recruiting fits our recruiting approach of finding the best fit for students. The committee found her personable, relatable and goal oriented- all qualities that are needed to be a successful recruiter." Please see **Attachment 7**.

## C. Student Advisor

a.  Ms. Butzlaff-Voss sent her application 02/02/2016.

b.  See attachment C1(a): cover letter, C1(b): resume, C1(c): references

5

c. Ms. Butzlaff-Voss was not considered. This position posted for additional preferred qualifications for a Master's Degree and "specific experience with and/or thorough working knowledge of academic and career advising in higher education with accompanying policies, practices, and procedures" (see attachment C4). S&S committee members noted that Ms. Butzlaff did not meet these additional preferences. There were 120 applications reviewed, in which almost half the candidates minimally additionally had a Master's Degree. Ms. Butzlaff-Voss was determined to not have the master's degree or the specific experience with and/or through working knowledge of academic and career advising in higher education with accompanying policies, practices, and procedures.

d. Ms. Nicole Weber (DOB:⬛⬛⬛⬛ age: 27 years, nine months) was selected.

e. See attachment C2(a): cover letter, C2(b): resume, C2(c): References, C2(d): Transcript

f. Ms. Butzlaff was not interviewed.

g. Search and Screen stated that Ms. Weber was "chosen as the selected candidate because of her experience in academic advising at her current institution and her vision for student success. Of the seven candidates who interviewed Nicole showed the most enthusiasm, communicated her experiences well and translated how this would help UW-Waukesha with this new role." It should be noted that Ms. Weber has a Master's degree. Please see **Attachment 8.**

## D. Digital Strategies Manager

a. Ms. Butzlaff-Voss sent her application 01/12/2016.

b. See attachment D1(a): cover letter, D1(b): resume, D1(c): references

c. Ms. Butzlaff-Voss was not considered. Search & Screen evaluated 26 applications and determined that Ms. Butzlaff-Voss had less experience in digital project development and management than candidates that were moved to finalist status.

d. Ms. Debra Schwabe McGrath (DOB:⬛⬛⬛⬛ age: 36 years, 7 months) was selected.

e. See attachment D2(a): cover letter, D2(b): resume, D2(c): references.

f. Ms. Butzlaff was not interviewed.

g. Search and Screen stated that Ms. Weber "articulated a clear vision for why she wanted to work in this position and for UW Colleges. Her background in the web, social media, project management and digital marketing was directly relatable to the work she will be doing in this new role. She clearly articulated examples of her ability to redesign a website, manage complex processes, develop a content strategy, and communicate and collaborate with team members. She also expressed excitement and a positive attitude about being part of building our new team and department. Her references unanimously echoed the selection committee's interpretation of Debra's strengths, including her creativity, attention to detail, web-savvy, accountability and positive attitude." Please see **Attachment 9.**

## E. Marketing & Communications Specialist

a. Ms. Butzlaff-Voss sent her application 01/12/2016.

b. See attachment E1(a): cover letter, E1(b): resume, E1(c): references

6

c. Ms. Butzlaff-Voss was not considered. Search & Screen evaluated 59 applications and determined that Ms. Butzlaff-Voss had less overall experience than candidates that were moved to finalist status.
d. Ms. Isabel Finn (DOB: ▓▓▓▓ age: 23 years 5 months) was selected.
e. See attachment E2(a): cover letter, E2(b): resume, E2(c): references.
f. Ms. Butzlaff was not interviewed.
g. Search and Screen stated that Ms. Finn "articulated a clear vision for why she wanted to work in this position and for UW Colleges. Her background and educational experience was directly relatable to the work she will be doing in this new role. She clearly articulated examples of her ability to develop and implement marketing and communications campaigns, manage multiple projects, and communicate and collaborate with diverse team members. She also expressed excitement and a positive attitude about being part of building our new office, and her potential role in shaping marketing at UW Colleges." Please see **Attachment 10**.

## F. Marketing Specialist (Legal: University Relations Specialist/Working: Digital Content Specialist)

a. Ms. Butzlaff-Voss sent her application 01/12/2016.
b. See attachment F1(a): cover letter, F1(b): resume, F1(c): references
c. Ms. Butzlaff-Voss was not considered. For this internal recruitment (applicants had to be current UW Colleges employees-see attachment F2) Search & Screen received only 4 applications, in which one withdrew (having been selected for another internal marketing position). Of the remainder 3 applicants, Search and Screen determined that none of the internal applicants had the depth and breadth of skillsets required of the position. Accordingly, UW Colleges did not continue with this internal recruitment. When UW Colleges did post this position for open recruitment on 06/01/2016, Ms. Butzlaff-Voss did not apply.
d. Mr. Matthew Oleson (DOB: ▓▓▓▓▓▓, age: 26 years 2 months) was selected.
e. See attachment F2(a): cover letter, F2(b): resume, F2(c): references.
f. Ms. Butzlaff did not apply, and thus could not have been considered for the position.
g. Search and Screen stated that, "Matt had experience in all of the skill areas we were seeking and he was able to provide systematic process responses to all of the questions asked in the interview. He also provided an excellent writing sample. He was a very enthusiastic about working for UW Colleges and he provided the best responses to interview questions posed to all applicants." Please see **Attachment 11**.

## G. Marketing Project Coordinator

a. Ms. Butzlaff-Voss sent her application 01/12/2016.
b. See attachment G1(a): cover letter, G1(b): resume, G1(c): references
c. Ms. Butzlaff-Voss was not considered. Search & Screen evaluated 56 applications and determined that Ms. Butzlaff-Voss had less overall experience/skillsets than candidates that were moved to finalist status.

7

d.  Ms. Jessica Seeland (DOB:           age: 32 years 8 months) was selected.
e.  See attachment G2(a): cover letter, G2(b): resume, G2(c): references.
f.  Ms. Butzlaff was not interviewed.
g.  Search and Screen stated that Ms. Seeland's "background and educational experience was directly relatable to the work she will be doing in this new role. She clearly articulated examples of her ability to build a system and process, stay on top of details, and communicate and collaborate with team members. She also expressed excitement and a positive attitude about being part of building our new office, and her potential role in shaping a new process. Her references echoed the selection committee's interpretation of Jessica's strengths, including her creativity, attention to detail, planning capabilities, accountability, and positive attitude." Please see **Attachment 12**.

## H. Information Coordinator Position (2 Positions) a/k/a Campus Administrative Specialist (CAS)

a.  Ms. Butzlaff-Voss sent her application 12/21/2015.
b.  See attachments H1(a): cover letter, H1(b): resume, H1(c): references.
c.  Ms. Butzlaff-Voss was considered.
d.  Ms. Brenda Dugan (DOB:           age: 60 years, 10 months) and Ms. Marilyn Lilley (DOB:           , age: 64 years) were selected.
e.  See attachments: Brenda Dugan: H2(a): cover letter, H2(b): resume, H2(c): references and Ms. Marilyn Lilley: H3(a): cover letter, H3(b): resume, H3(c): references.
f.  Ms. Butzlaff was interviewed. Search & Screen evaluated 4 applicants, including Ms. Butzlaff-Voss and determined that Ms. Butzlaff-Voss did not have the direct experience for the position.
g.  Search and Screen stated that Brenda's "experience doing many of the duties under A, C, and E in the position description (and doing them well—for many years), means that it would be a much smoother transition. She is the only candidate with that strong of a match for the position description." Search and Screen stated that "Marilyn's strength is in the B category, obviously, so we think she'd be a good compliment to Brenda. Marilyn also has good customer service skills, so we think she'd do a good job on the front lines in the solutions center." Please see **Attachment 13**: Search and Screen email, and H4(2): Campus Administrative Specialist Position Description.

## I. Project Coordinator Position (Marketing)

This is a duplicate for G.  Please see G.


As the foregoing demonstrates, Charging Party has not demonstrated that she has stated a claim of age discrimination, nor can one be so stated. The decision to lay off employees at the University—including Charging Party—was the result of lengthy, careful deliberations concerning how best to manage the $5 million budget cut and maintain quality services. Nor were the

8

decisions not to hire Charging Party for a number of positions for which she applied based on age. Instead, there were legitimate, nondiscriminatory reasons why other candidates were selected.

Accordingly, the University respectfully requests that the EEOC dismiss this Charge.

Please let me know if you require any additional information.

Respectfully submitted,

Anne E. Bilder
Senior System Legal Counsel

Attachments

cc:    Cathy Sandeen, Chancellor
       Jason Beier, Vice Chancellor for Human Resources

9